FRANCES O'LEARY, as Administratrix, etc., of CARL C. MOLLER, Deceased,

Respondent, v. LIBERTY YEAST CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

ROY I. PIERCE, Respondent, v. GEORGE JABLOW, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.